UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PPS Service Group, LLC,

    Plaintiff,

        v.                                              Case No.  1:18cv727

Adam Eckert, *et al.*,                              Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 20, 2019 (Doc. 70).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 70) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 70) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge defendant Roby's Motion to Compel Arbitration and Stay Proceedings (Doc. 18) is **DENIED.**

    **IT IS ORDERED.**

                                                s/ *Michael R. Barrett*
                                                Michael R. Barrett, Judge
                                                United States District Court