UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PPS Service Group, LLC,

    Plaintiff,

        v.         Case No. 1:18cv727

Adam Eckert, *et al.*,         Judge Michael R. Barrett

    Defendants.

## **ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 26, 2020 (Doc. 93), as well as the Report and Recommendation ("R&R") filed on March 13, 2020 (Doc. 94).

As to each R&R, proper notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections were filed as to either of the R&Rs.

Accordingly, it is **ORDERED** that both the February 26, 2020 R&R (Doc. 93) and the March 13, 2020 R&R are hereby **ADOPTED.** Consistent with the recommendations by the Magistrate Judge in the February 26, 2020 R&R (Doc. 93):

    1. Defendant Eckert's Motion for Relief from Judgment (Doc. 74) is **GRANTED** and the Clerk is **DIRECTED** to set aside the Entry of Default as to defendant Eckert (*see* Doc. 67); and

2. Plaintiff's Motion for Default Judgment (Doc. 68) is, therefore, **DENIED as MOOT**.

Consistent with the recommendations by the Magistrate Judge in the March 13, 2020 R&R (Doc. 94):

3. Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 78) is **GRANTED** and the Amended Complaint is deemed filed;

4. The Court **DECLINES** to exercise supplemental jurisdiction over the remaining state law claims, **DENIES as MOOT** the outstanding motions pending on the docket (Docs. 89, 90) and **DISMISSES without PREJUDICE** this civil action for lack of subject-matter jurisdiction.

**IT IS SO ORDERED.**

    /s/ *Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court